# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:18-cv-01004-XR ) |
| NIX HOSPITALS SYSTEM, LLC D/B/A NIX HEALTHCARE SYSTEM, | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiff, United States Equal Employment Opportunity Commission ("EEOC") and Defendant, Nix Hospitals System, LLC d/b/a Nix Healthcare System ("Defendant") and file this, their Joint Motion to Enter Consent Decree in the above-captioned civil matter. In support of this Motion, they respectfully show the Court as follows:

EEOC and Defendant have resolved, compromised, and settled all matters regarding the EEOC's Amended Complaint in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion (Exhibit "A").

WHEREFORE, PREMISES CONSIDERED, EEOC and Defendant, respectfully request that this Court enter the Consent Decree attached to this Motion, and to retain jurisdiction of this matter to enforce the terms and conditions of the attached Consent Decree.

Respectfully submitted,

**ATTORNEYS FOR DEFENDANT**     **ATTORNEYS FOR PLAINTIFF**

| | |
|---|---|
| /s/ Sherry L. Travers s/w/p | Philip Moss |
| Sherry L. Travers | PHILIP MOSS |
| Texas State Bar No. 00793097 | Trial Attorney |
| E-Mail: stravers@littler.com | Texas State Bar No. 24074764 |
| | E-Mail: philip.moss@eeoc.gov |
| **LITTLER MENDELSON, P.C.** | |
| 2001 Ross Avenue | **EQUAL EMPLOYMENT OPPORTUNITY** |
| Suite 1500, Lock Box 116 | **COMMISSION** |
| Dallas, Texas 75201-2931 | San Antonio Field Office |
| Telephone: (214) 880-8148 | 5410 Fredericksburg Road, Suite 200 |
| Facsimile: (214) 880-0181 | San Antonio, Texas 78229-3555 |
| | Telephone: (210) 281-7636 |
| | Facsimile: (210) 281-7669 |