**FILED**

AUG 28 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:18-cv-01004-XR ) |
| NIX HOSPITALS SYSTEM, LLC D/B/A NIX HEALTHCARE SYSTEM, | ) ) ) ) |
| Defendant. | ) ) |

## FINAL JUDGMENT AND ORDER ENTERING CONSENT DECREE

On this day came on to be heard the parties' Joint Motion to Enter Consent Decree. (Docket #24) After reviewing the Consent Decree, the Court finds that all issues in the EEOC's Amended Complaint have been resolved, that the parties are in agreement, and that the Consent Decree should be entered.

It is therefore ordered that the Consent Decree is hereby entered. The Court shall retain jurisdiction of this case during the term of this Consent Decree to enforce compliance with the terms and conditions of this Consent Decree and to take any action necessary or appropriate for its enforcement, interpretation, execution, or adjudication of disputes.

It is so ORDERED.

Signed this 28th day of August, 2019.

_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE